```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT A. DOANE,

                         Petitioner,

      -against-                           1:22-cv-9731-MKV

PX, INC.,                                       **ORDER**

                         Respondent.

MARY KAY VYSKOCIL, United States District Judge:

      On November 15, 2022, Petitioner filed a petition to enforce a subpoena issued in an action pending in the United States District Court for the District of Massachusetts. [ECF No. 1]. Three days later, Petitioner filed proof of service. [ECF No. 3]. Since that date, nothing further has been filed on the docket. Petitioner has not filed any legal briefing, affidavit, or other documentation to support his petition, and Respondent has not appeared or responded to the petition.

      Accordingly, the petition to enforce the subpoena is denied without prejudice. Petitioner may refile the petition along with supporting documentation, including a memorandum of law in support, on or before March 8, 2023. Any response by Respondent must be filed on or before March 17, 2023. If the petition together with supporting documentation is not refiled by that date, today's dismissal will be with prejudice.

**SO ORDERED.**

**Date: February 21, 2023**                                  _____
      **New York, NY**                                          **MARY KAY VYSKOCIL**
                                                               **United States District Judge**